```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0171--CV (JWS)
              "MARK W. RUBY V JOEL GILBERTSON ET AL"

        Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 07/20/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (440) Other Civil Rights
                    42:1983
             Origin: (1) Original Proceeding
             Demand: 50
         Filing fee: Paid $250.00 on 07/20/05 receipt # 00126182
           Trial by: Court



Parties of Record:                            Counsel of Record:

PLF 1.1          RUBY, MARK W.                  Kenneth C. Kirk
                                                425 G Street, Suite 204
                                                Anchorage, AK 99501
                                                907-279-1659
                                                FAX 907-278-4119

DEF 1.1          GILBERTSON, JOEL               Paula M. Jacobson
                                                Attorney General's Office
                                                1031 W. 4th Avenue, Suite 200
                                                Anchorage, AK 99501
                                                907-269-5190
                                                FAX 907-258-0760

DEF 2.1          SANDOVAL, TAMMY                Paula M. Jacobson
                                                (see above)

DEF 3.1          GLEASON, ADA                   Paula M. Jacobson
                                                (see above)
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A05-0171--CV (JWS)
                      "MARK W. RUBY V JOEL GILBERTSON ET AL"

                              For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 07/20/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights
                    42:1983
            Origin: (1) Original Proceeding
            Demand: 50
        Filing fee: Paid $250.00 on 07/20/05 receipt # 00126182
          Trial by: Court


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
     1 -  1  07/20/05   Complaint filed; Summons issued.

     2 -  1  08/23/05   DEF 1-3 Answer to Complaint.

     3 -  1  08/24/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

     4 -  1  09/07/05   PLF 1 motion for partial summary judgment w/att aff & exhs.

     5 -  1  09/22/05   PLF 1; DEF 1-3 Scheduling & Planning Conf Report.

     6 -  1  09/26/05   Stipulation for ext of time until 10/10/05 to file oppo to plf's mot for
                        part sj.

     6 -  2  09/27/05   Order approving stip for ext of time until 10/10/05 to file oppo to
                        plf's mot for part sj (6-1). cc: cnsl

     7 -  1  10/05/05   Stipulation re: production by SOA of confidential, or potentially
                        confidential materials.

     7 -  2  10/07/05   RRB Order approving stip re: production by SOA of confidential, or
                        potentially confidential materials (7-1); records may be fld under seal.
                        cc: cnsl

     8 -  1  10/11/05   Stipulation for ext of time until 10/17/05 for defs to file oppo to mot
                        for part sj.

     8 -  2  10/12/05   Order approving stip for ext of time until 10/17/05 for defs to file
                        oppo to mot for part sj (8-1). cc: cnsl

     9 -  1  10/14/05   Stipulation for ext of time until 10/31/05 to file oppo to mot for part
                        sj.

     9 -  2  10/18/05   JWS Order approving stip for ext of time until 10/31/05 to file oppo to
                        mot for part sj (9-1). cc: cnsl

    10 -  1  10/31/05   DEF 1-3 opposition to PLF 1 motion for partial summary judgment (4-1)
                        w/att affs & exhs.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0171--CV (JWS)
                         "MARK W. RUBY V JOEL GILBERTSON ET AL"

                                     For all filing dates

 Document #    Filed       Docket text
 ──────────    ─────       ───────────

    10 -   2  10/31/05     DEF 1-3 motion (cross) for summary judgment w/att affs & exh.

    11 -   1  11/03/05     JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                           01/30/06; Dispositive mots ddln 02/27/06; 4 day TBC estimate. cc: cnsl

    12 -   1  11/09/05     DEF 1-3 Stipulation for extension of time until 11/30/05 to oppose def's
                           cross-motion for sj and reply to the opposition to plf's mot for sj.

    12 -   2  11/10/05     Order granting stipulation for extension of time until 11/30/05 to
                           oppose def's cross-motion for sj and reply to the oppo to the plf's
                           motion for sj  (12-1).  cc: cnsl

    13 -   1  11/21/05     Stipulation for ext of time until 12/2/05 for plf to file oppo to cross
                           mot for sj & reply to oppo to plf's mot for sj & that prel disclosures &
                           wit lists will be due 12/2/05.

    13 -   2  11/23/05     JKS Order approving stip for ext of time until 12/2/05 for plf to file
                           oppo to cross-mot for sj & reply to oppo to plf's mot for sj (13-1);
                           prel disclosures & wit lists due 12/2/05. cc: cnsl
```