FILED
US DISTRICT COURT
DISTRICT OF ALASKA
2005 DEC -6 PM 4:03

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| MARK W. RUBY, | ) |
| Plaintiff, | ) |
| vs. | ) |
| JOEL GILBERTSON, TAMMY SANDOVAL, and ADA GLEASON, | ) |
| Defendants. | ) Case No. A-05-171 CI (JWS) |

## STIPULATION FOR EXTENSION OF TIME

COME NOW the parties, by and through their respective counsel, and hereby stipulate to the following:

1. All current/pending discovery, motions, etc. will be put on hold until December 23, 2005.

This extension is requested because the parties have been negotiating, believe they may have reached a settlement, and need time to draft the necessary paperwork.

DATED AND SIGNED this 5th day of December, 2005 in Anchorage, Alaska.

KENNETH KIRK & ASSOCIATES

Kenneth Kirk, ABA 8711091
Attorney for Mark W. Ruby

DATED AND SIGNED this 5th day of December, 2005 in Anchorage, Alaska.

DAVID W. MARQUEZ
ATTORNEY GENERAL

Paula Jacobson, ABA 9011101
Attorney for Defendants

KENNETH KIRK & ASSOCIATES
425 G STREET, SUITE 204
ANCHORAGE, ALASKA 99501
(907) 279-1659
(907) 278-4119 (FAX)

**ORDER**

IT IS SO ORDERED.

Dated: 12-7-05

_____
Judge John W. Sedwick
U.S. District Court Judge

FILED
DEC 0 9 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By ___ Deputy

**Certificate of Service**

I hereby certify that on this day I **MAILED** true and correct copy of the foregoing to:

Kenneth Kirk, Esq.
425 G Street, Suite 204
Anchorage, AK 99501

Heather R. Hebdon  12/6/05
Signature                    Date

```
A05-0171--CV (JWS)    12-9-05
-----------------------------------
K. KIRK
P. JACOBSON (AAG-200)
```

KENNETH KIRK & ASSOCIATES
425 G STREET, SUITE 204
ANCHORAGE, ALASKA 99501
(907) 279-1659
(907) 278-4119 (FAX)