DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax:    (907) 258-0760

Attorney for Defendants

RECEIVED
JAN 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK W. RUBY, | ) |
| | ) |
| Plaintiff, | ) Case No. A05-171 CV (JWS) |
| | ) |
| vs. | ) |
| | ) |
| JOEL GILBERTSON, TAMMY SANDOVAL, and ADA GLEASON, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties to this action, through counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate and agree to dismiss the above captioned action with prejudice.

KENNETH KIRK & ASSOCIATES

Dated: 1-4-06          By: _____
                            Kenneth C. Kirk
                            Attorney for Plaintiff
                            Alaska Bar No: 8711091

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

|   |   |   |
|---|---|---|
| | | DAVID W. MÁRQUEZ |
| | | ATTORNEY GENERAL |
| Dated: 12/30/05 | By: | *[signature]* |
| | | Paula M. Jacobson |
| | | Assistant Attorney General |
| | | Attorney for Defendants |
| | | Alaska Bar No. 9011101 |

IT IS SO ORDERED.

Dated:_____     _____
                          Judge John W. Sedwick
                          U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing is being mailed to:

Paula M. Jacobson
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

*Angel Escalera* 1/4/06
_____
                    Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100