DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Paula M. Jacobson
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5190
Fax: (907) 258-0760

Attorney for Defendants

RECEIVED
JAN 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARK W. RUBY, | )<br>) |
| Plaintiff, | ) Case No. A05-171 CV (JWS)<br>) |
| vs. | )<br>) |
| JOEL GILBERTSON, TAMMY SANDOVAL, and ADA GLEASON, | )<br>)<br>) |
| Defendants. | )<br>) |

### STIPULATION TO DISMISS WITH PREJUDICE

The parties to this action, through counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate and agree to dismiss the above captioned action with prejudice.

KENNETH KIRK & ASSOCIATES

Dated: 1-4-06        By: _____
                         Kenneth C. Kirk
                         Attorney for Plaintiff
                         Alaska Bar No: 8711091

Dated: 12/30/05

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Paula M. Jacobson
Assistant Attorney General
Attorney for Defendants
Alaska Bar No. 9011101

IT IS SO ORDERED.

Dated:_____

_____
Judge John W. Sedwick
U.S. District Court Judge

CERTIFICATE OF SERVICE

This is to certify that on this date, a copy of the foregoing is being mailed to:

Paula M. Jacobson
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

Angel Escalera  1/4/06
_____
Date

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100