**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| MARK W. RUBY | v. | JOEL GILBERTSON, et al. |

THE HONORABLE JOHN W. SEDWICK    CASE NO.  3:05-cv-00171-JWS

Deputy Clerk                     Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Pursuant to the parties' stipulation at docket 15, this case is hereby **DISMISSED with prejudice**.

DATE: January 17, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]